# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LORI CLAY,**

        **Plaintiff,**

**v.**                                                 **Case No: 6:17-cv-1370-Orl-40DCI**

**EAST COAST WAFFLES, INC.,**

        **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO COMPEL ARBITRATION, TO DISMISS OR STAY PROCEEDINGS, AND FOR AN EXTENSION OF TIME TO CONDUCT CASE MANAGEMENT CONFERENCE (Doc. 10)** |
| **FILED:** | **August 25, 2017** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part**.

On August 25, 2017, Defendant filed an Unopposed Motion to Compel Arbitration, to Dismiss or Stay Proceedings, and for an Extension of Time to Conduct Case Management Conference. Doc. 10. Because it was not clear what relief Defendant was requesting, the undersigned scheduled a hearing on Defendant's Motion. Doc. 11. At the hearing, which was held on August 31, 2017, Defendant asked the Court to enter an order compelling arbitration and dismissing this case without prejudice. Doc. 12. Plaintiff did not oppose Defendant's request.

Upon review, and given Plaintiff's lack of opposition, the undersigned finds that the parties' arbitration agreement is valid. *See Jones v. Waffle House, Inc.*, No. 16-15574, 2017 WL 3381100 (11th Cir. Aug. 7, 2017) (approving of an arbitration agreement similar to the one in the instant case). Accordingly, it is respectfully **RECOMMENDED** that Defendant's Motion (Doc. 10) be **GRANTED in part** to the extent that the Court enter an order compelling arbitration, dismissing this case without prejudice, denying all pending motions as moot, and directing the Clerk to close the case.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on September 5, 2017.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy