**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LORI CLAY,

        Plaintiff,

v.                                                     Case No: 6:17-cv-1370-Orl-40DCI

EAST COAST WAFFLES, INC.,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Defendant's Unopposed Motion to Compel Arbitration, to Dismiss or Stay Proceedings, and for an Extension of Time to Conduct Case Management Conference (Doc. 10) filed on August 25, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection to Report and Recommendation (Doc. 14) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 5, 2017 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion to Compel Arbitration, to Dismiss or Stay Proceedings, and for an Extension of Time to Conduct Case Management Conference

(Doc. 10) is **GRANTED IN PART**. The parties shall proceed to arbitration in accordance with the terms of their arbitration agreement.

    3.    The case is **DISMISSED without prejudice**.

    4.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 14, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties